FORM NO. 2 (LF002)

# United States Bankruptcy Court
## Western District of Tennessee

| In re | Robert Bruce Clayton Tamala Bailey Clayton | | |
|---|---|---|---|
| | | Debtor(s) | Case No. |
| | | | Chapter    **13** |

## CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

| DEBTOR(S): | (H) **Robert Bruce Clayton** | S.S.# **xxx-xx-9034** |
|---|---|---|
| | (W) **Tamala Bailey Clayton** | S.S.# **xxx-xx-7776** |
| ADDRESS: | **175 Jessie Ave.** | |
| | **Brighton, TN 38011** | |

PLAN PAYMENT:    Debtor(s) to pay $ **$1,144.00**     **monthly**

PAYROLL DEDUCTION:       OR ( **X** ) DIRECT PAY

BECAUSE:

FIRST PAYMENT DATE:

PLACE OF EMPLOYMENT:      **Spouse's Employer:**

ADMINISTRATIVE:    Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order.

| | | | MONTHLY PLAN PMT. |
|---|---|---|---|
| AUTO INSURANCE: | ( ) Not included in Plan    ( ) Included in Plan | $ | **-NONE-** |
| CHILD SUPPORT: | Future support through Plan to | $ | **0.00** |
| | Child support arrearage amount | $ | **-NONE-** |
| PRIORITY CREDITORS: | **-NONE-** | $ | **-NONE-** |

HOME MORTGAGE:    If no arrearage, ongoing payments are to be paid directly by the debtor(s).

| **-NONE-** | Ongoing pmt. Begin | **N/A** | | | $ | **N/A** |
|---|---|---|---|---|---|---|
| | Approx. arrearage | **N/A** | Interest | **N/A** % | $ | **N/A** |

| SECURED CREDITORS; (retain lien 11 U.S.C. Sec. 1325{a}{5}) | | VALUE COLLATERAL | | RATE OF INTEREST | | MONTHLY PLAN PMT. |
|---|---|---|---|---|---|---|
| **Navy Federal Credit Union** | $ | **33,431.00** | | **5.50** % | $ | **639.00** |
| **Navy Federal Credit Union** | $ | **14,700.00** | | **5.50** % | $ | **281.00** |

UNSECURED CREDITORS:    Pay _ % of these claims after above claims are paid or pay all disposable income for term of plan; to be determined by the Chapter 13 Trustee.

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT:   $

TERMINATION:      Plan shall terminate upon payment of the above, approximately **60** months.

*ADEQUATE PROTECTION PAYMENT WILL BE 1/4 (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT.
FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.
Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts. General unsecured creditors will receive % to be determined by the Chapter 13 Trustee.

DEBTOR'S ATTORNEY:      **Laura L. Sanford 19575**
**Laura L. Sanford, P.C.**
**9043 Barret Road**
**Millington, TN 38053**
**(901) 829-5005 Fax:(901) 829-4343**